IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY RAMON MOORE**                                                       **PETITIONER**

**v.**                          **NO. 4:23-cv-00445-LPR-PSH**

**DEXTER PAYNE**                                                              **RESPONDENT**

## ORDER

Petitioner Timothy Ramon Moore ("Moore") began this case by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. 2241. He failed, though, to accompany his petition with the five dollar filing fee or an application for leave to proceed in forma pauperis. He must either pay the filing fee or obtain leave to proceed in forma pauperis before his petition can be served. He is given up to, and including, June 26, 2023, to either pay the filing fee or file an application to proceed in forma pauperis. The Clerk of the Court shall send Moore the documents necessary to file an application for leave to proceed in forma pauperis. In the event Moore fails to comply with this Order, it will be recommended that this case be dismissed without prejudice.

Moore is notified of his obligation to comply with the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Eastern District of Arkansas. Specifically, he is directed to Local Rule 5.5(c)(2), which provides the following:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 25th day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE