IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIMOTHY RAMON MOORE**                                                                                       **PLAINTIFF**
**ADC #089799**

v.                                         No. 4:23-cv-00445-LPR

**DEXTER PAYNE,** *et al.*                                                                                    **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition (RD) from United States Magistrate Judge Patricia S. Harris (Doc. 66) and the Plaintiff's Objections (Doc. 68). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD as its findings and conclusions in all respects.[1]

Accordingly, the Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 28) is DENIED as moot. The Defendants' Motions to Dismiss Plaintiff's Third Amended Complaint (Docs. 44, 52, & 62) are GRANTED, and the claims against Defendants are dismissed without prejudice for failure to state a claim upon which relief may be granted. The Court recommends that dismissal of this action count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 14th day of March 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that the June 16, 2022 hearing (which is the hearing from which the "waiver" issue arose) and the June 21, 2022 classification committee hearing were two different events. The Court reads the RD's discussion on pages 4–5 as understanding these are two different events with somewhat different claims flowing from each event. Additionally, the Court makes no comment on Footnote 1 of the RD.